■ VICTOR SEROFF, Appellant, v. SIMON & SCHUSTER, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ. [6 Misc 2d 383.]

■ In the Matter of KENMORE SYNDICATE, INC., Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents.— Final order, entered on May 25, 1956, reducing the assessed valuations on the real property designated as Lot 27 of Block 879 of Section 3, Borough of Manhattan, City of New York for the tax years 1954–55 and 1955–56 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ BARBARA WHITE, as Administratrix of the Estate of GEORGE WHITE, Deceased, Plaintiff, v. HENDRICKSON BROS., INC., et al., Defendants. HENDRICKSON BROS., INC., Third-Party Plaintiff-Appellant, v. EAST BAY CONTRACTING CO., INC., Third-Party Defendant-Respondent, et al., Third-Party Defendants.— Order, entered on April 26, 1960, granting summary judgment in favor of the third-party defendant-respondent and dismissing the third-party complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ JULIO RODRIGUEZ et al., Respondents, v. KING DAVID TERRACE ESTATES, INC., Appellant.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ ALICE DE WOLFE, Respondent, v. RICHARD DIAMOND, Appellant.— Order of filiation and support, entered on November 13, 1957, temporarily awarding the respondent the sum of $25 per week towards the support and education of the infant, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.